**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re: | Case No.  08-15620-TMW |
| MILLS, TABITHA LYNN<br>MILLS, DWAYNE DAVID | Chapter 7 |
| Debtors. | |

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|---|
| 000002A | 3013 | Oklahoma Tax Commission<br>Legal Division<br>129 N. Robinson, Suite 2000<br>Oklahoma City, OK 73102-7801 | $0.30 |

**TOTAL**                                                                                          **$0.30**

DATED: April 14, 2010

/s/ Robert A. Brown_____
ROBERT A. BROWN, Trustee
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK  74074
405.377.8185
bob@bobbrownattorney.com

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER

**3013**

ROBERT A. BROWN. TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

| DATE | AMOUNT |
|---|---|
| 04/14/10 | ***********0.30 |

**2299326**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-15620 | TMW | Debtor: MILLS. TABITHA LYNN |
| | | Joint Debtor: MILLS, DWAYNE DAVID |

United States Bankruptcy Court
OK

*Zero Dollars And 30/100*

*Robert [signature]*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003013⑈ ⑆111000012⑆ ▉▉▉▉7601⑈

| Date: 04/14/10 | Check Number: 3013 | Amount: 0.30 |
|---|---|---|

Case Number: 08-15620    TMW
Debtor Name: MILLS, TABITHA LYNN
SSN: ▉▉-▉▉-4235

| Paid To: | United States Bankruptcy Court OK | Trustee: | ROBERT A. BROWN, TRUSTEE 123 WEST 7TH AVENUE, SUITE 102 STILLWATER, OK 74074 |
|---|---|---|---|

Description:   REMITTED TO COURT

Bank Account Number: ▉▉▉▉▉7601